COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| KEVIN WILLIS, | § | No. 08-12-00246-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D03100) |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time to file the brief until **July 25, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's Attorney, prepare the State's brief and forward the same to this Court on or before **July 25, 2013.**

IT IS SO ORDERED this 20th day of June, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.